JS 44 (Rev. 06/17) **JUDGE DAVID BRIONES** CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

BRANDON CALLIER

(b) County of Residence of First Listed Plaintiff **El Paso**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

FILED 2020 NOV 23 AM 9:54
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

## DEFENDANTS

UNITED DEBT SETTLEMENT LLC, a New York Limited Liability Company and MARCEL BLUVSTEIN

County of Residence of First Listed Defendant **KINGS**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**EP20CV0289**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY  PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act |  |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |  |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment |  |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act |  |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Student Loans |  |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
|  |  |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 ... | PROPERTY | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|  |  | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
|  | ading onal amage ramage ability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
|  |  |  | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
|  |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
|  |  |  |  | ☐ 895 Freedom of Information Act |
|  | TITIONS | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
|  | pus: tainee to Vacate e | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
|  |  |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
|  | Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
|  | amus & Other Rights n Condition Detainee - litions of finement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions |  |  |

```
Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300037063
Cashier ID: epadilla
Transaction Date: 11/23/2020
Payer Name: BRANDON CALLIER

CIVIL FILING FEE
  For: BRANDON CALLIER
  Amount:         $400.00

PAPER CHECK
  Check/Money Order Num: 1306828226
  Amt Tendered:    $400.00

Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:         $0.00

NEW CIVIL FILING

320CV0289

CALLIER V. UNITED DEBT SETTLEMENT
LLC, ETAL
```

| from Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District (specify) | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

... r which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

... ted unsolicited automated calls to the Plaintiff's cell phone

| ... LASS ACTION Cv.P. | DEMAND $ 51,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |

GE _____ DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____