AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

*FILED 2020 DEC 17 PM 2:38 CLERK US DISTRICT COURT WESTERN DISTRICT OF TEXAS BY ___ DEPUTY*

BRANDON CALLIER )
)
*Plaintiff(s)* )
v. ) Civil Action No.
UNITED DEBT SETTLEMENT, LLC a New York )
Limited Liability Company, and MARCEL )
BLUVSTEIN ) **EP20CV0289**
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED DEBT SETTLEMENT LLC
C/O Registered Agent
UNITED STATES CORPORATION AGENTS, INC
7014 13TH AVENUE, SUITE 202
BROOKLYN, NEW YORK 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRANDON CALLIER
Plaintiff, Pro Se
6336 FRANKLIN TRAIL DRIVE
EL PASO, TX 79912
CALLIER74@GMAIL.COM
915-383-4604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J CLACK

*CLERK OF COURT*

Date: 11/23/2020

*Signature of Clerk or Deputy Clerk*

Job #: 40941

BRANDON CALLIER

Plaintiff(s)

Index Number: EP20CV0289

Date Filed:

vs.

UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and MARCEL BLUVSTEIN

Client's File No.:

Defendant(s)

Court Date:

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**AFFIDAVIT OF SERVICE**

ELIJAH WHITE, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On 12/9/2020, at 2:42 PM at: 7014 13TH AVENUE, SUITE 202, BROOKLYN, NY 11228 Deponent served the within CIVIL COVER SHEET, PLAINTIFF'S ORIGINAL COMPLAINT, SUMMONS IN A CIVIL ACTION
On: UNITED DEBT SETTLEMENT, LLC, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to LISA KNIGHT (ADMINISTRATIVE ASSISTANT) personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female          Color of skin: BLACK        Color of hair: SALT & PEPPER      Glasses:
Age: 55-60           Height: 5ft 4in - 5ft 8in   Weight: 131-160 Lbs.              Other Features: Glasses

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 12/10/2020



TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY

_____
ELIJAH WHITE
2093436-DCA

SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 2094823-DCA