AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
2020 DEC 17 PM 2:38
CLERK US DISTRICT
WESTERN DIST OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| BRANDON CALLIER | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. |
| UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and MARCEL BLUVSTEIN | ) ) ) **EP20CV0289** |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARCEL BLUVSTEIN
241 WEST 30TH STREET
3RD FLOOR
NEW YORK, NEW YORK 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRANDON CALLIER
Plaintiff, Pro Se
6336 FRANKLIN TRAIL DRIVE
EL PASO, TX 79912
CALLIER74@GMAIL.COM
915-383-4604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J CLACK

CLERK OF COURT

Date: 11/23/2020

*Signature of Clerk or Deputy Clerk*

Job #: 40940

BRANDON CALLIER

Plaintiff(s)

Index Number: EP20CV0289

Date Filed:

vs.

UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and MARCEL BLUVSTEIN

Defendant(s)

Client's File No.:

Court Date:

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
JOSE PEREZ, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of .
On 12/10/2020, at 1:30 PM at: 241 WEST 30TH STREET, 3RD FLOOR, NEW YORK, NY 10001 Deponent served the within CIVIL COVER SHEET , PLAINTIFF'S ORIGINAL COMPLAINT , SUMMONS IN A CIVIL ACTION
On: **MARCEL BLUVSTEIN** , therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to GERALD BIMIN (Co-Occupant) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☐ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 12/10/2020, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: WHITE      Color of hair: BALD      Glasses:
Age: 25-35     Height: 5ft 4in - 5ft 8in                 Weight: 161-190 Lbs.      Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 12/10/2020

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY



JOSE PEREZ
2004807-DCA

SERVABLE LEGAL SUPPORT CO. 808 UNION STREET, SUITE 3A BROOKLYN, NY 11215 646-363-5527