UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

FILED
2021 JAN -7 AM 11: 32
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| **BRANDON CALLIER,** § § § § **Plaintiff,** § § **v.** § § **UNITED DEBT SETTLEMENT, LLC** a New § York Limited Liability Company, and **MARCEL** § **BLUVSTEIN** § **Defendants.** § § | EP-20-CV-0289 |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff Brandon Callier requests that the Clerk of Court enter Judgment by Default against Defendants United Debt Settlement, LLC and Marcel Bluvstein, pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Date January 7, 2021

_[signature]_
Brandon Callier
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § | |
| Plaintiff, | § § | |
| v. | § | EP-20-CV-0289 |
| | § | |
| UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and MARCEL BLUVSTEIN | § § § § | |
| Defendants. | § § | |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT FOR SUM CEERTAIN and STATEMENT OF AMOUNT DUE

I, Brandon Callier, being duly sworn, state as follows:

1. I am the Plaintiff, Pro Se, in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The amount due in this action is:
    a. $1500 in statutory treble damages for each of 14 willful and knowing § 227(b) violations pursuant to 47 U.S.C. § 227(b)(3)(B); and
    b. $1500 in statutory treble damages for each of 14 willful and knowing § 227(c) violations pursuant to 47 U.S.C. § 227(c)(5)(B); and
    c. $500 in statutory damages for each of three § 227(b) violations pursuant to 47 U.S.C. § 227(b)(3)(B); and
    d. $500 in statutory damages for each of three § 227(c) violations pursuant to 47 U.S.C. § 227(c)(5)(B).
    For a total of $45,000.00

3. This action was filed on or about November 23, 2020. Proof of service documents duly filed in the docket of this case show that the defendants were served with the Summons and Complaint in this action more than twenty (20) days ago, that defendants are not in military service, or an infant or incompetent.

1

4. Defendants did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.
5. Defendant Marcel Bluvstein is the owner of Defendant United Debt Settlement, LLC.
6. Plaintiff Callier sued Defendant United Debt Settlement, Cause number EP-20-CV-0235, on September 3, 2020.
7. Defendant United Debt Settlement was duly served this complaint on September 14, 2020.
8. From September 14, 2020 forward Defendants were on notice Plaintiff did not want their unsolicited robocalls and robotexts.
9. From September 23, 2020 to November 12, 2020 Defendants sent Plaintiff 14 robocalls and robotexts.
10. Each and every call and text message from September 23, 2020 to November 12, 2020 were knowing and willful Telephone Consumer Protection Act violations subject to treble damages.
11. From September 1, 2020 to September 11, 2020 Defendants called Plaintiff three times with phone calls that were not included in Cause number EP-20-CV-0235.
12. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against the Defendants United Debt Settlement and Marcel Bluvstein on January 6, 2021.
13. Upon information and belief, the amount due of $45,000 is justly due and owing and no part thereof has been paid except as herein set forth.
14. The disbursements set forth in this affidavit and sought to be taxed have been made in the action or will necessarily be made or incurred therein.

Dated January 4, 2021

Sworn to and subscribed before
Me this **06** day of **January**,
20**21**.

_____
Notary Public
My Commission Expires: **08/14/2024**

_____
Brandon Callier
Plaintiff, Pro-se

SALVADOR DE LA CRUZ
Notary ID #129083347
My Commission Expires
August 14, 2024

2

RECEIVED

JAN 0 7 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and **MARCEL BLUVSTEIN** <br><br> Defendants. | § § § § § § § § § § § § § EP-20-CV-0289 |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendants, United Debt Settlement, LLC and Marcel Bluvstein, were served with the Summons and Complaint in this action on or about December 10, 2020 and the time for Defendants to appear, answer or move against the Complaint has expired without an appearance by Defendants; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the Plaintiff, Brandon Callier, recover from the Defendants the sum of $45,000.00, the amount claimed, amounting in all to $45,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution therefore.

Jannette J. Clack<br>
Clerk of Court<br>
United States District Court

JUDGMENT ENTERED THIS _____ DAY OF _____, 2021.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § § § § § § § § § § § | |
| Plaintiff, | |
| v. | EP-20-CV-0289 |
| **UNITED DEBT SETTLEMENT, LLC** a New York Limited Liability Company, and **MARCEL BLUVSTEIN** | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Brandon Callier, certify that on this date I caused a copy of the Request for Entry of Default Judgement For Sum Certain, Affidavit In Support of Request For Default Judgement For Sum Certain and Statement of Amount Due, and Proposed Judgment For Sum Certain By Default to be placed in a postage paid envelope addressed to Defendant United Debt Settlement, LLC's registered agent United States Corporation Agents Inc., 7014 13th Avenue, Suite 202, Brooklyn, New York 11228, and to Defendant Marcel Bluvstein at 241 West 30th Street, 3rd Floor, New York, New York 10001, the last known address of Defendant Bluvstein.

Dated January 7, 2021

*/s/ Brandon Callier*
Brandon Callier
Plaintiff, Pro-se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and **MARCEL BLUVSTEIN**<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§   EP-20-CV-0289<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT FOR SUM CEERTAIN and STATEMENT OF AMOUNT DUE

I, Brandon Callier, being duly sworn, state as follows:

1. I am the Plaintiff, Pro Se, in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.
2. The amount due in this action is:
   a. $1500 in statutory treble damages for each of 14 willful and knowing § 227(b) violations pursuant to 47 U.S.C. § 227(b)(3)(B); and
   b. $1500 in statutory treble damages for each of 14 willful and knowing § 227(c) violations pursuant to 47 U.S.C. § 227(c)(5)(B); and
   c. $500 in statutory damages for each of three § 227(b) violations pursuant to 47 U.S.C. § 227(b)(3)(B); and
   d. $500 in statutory damages for each of three § 227(c) violations pursuant to 47 U.S.C. § 227(c)(5)(B).
   For a total of $45,000.00
3. This action was filed on or about November 23, 2020. Proof of service documents duly filed in the docket of this case show that the defendants were served with the Summons and Complaint in this action more than twenty (20) days ago, that defendants are not in military service, or an infant or incompetent.

1

4. Defendants did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.
5. Defendant Marcel Bluvstein is the owner of Defendant United Debt Settlement, LLC.
6. Plaintiff Callier sued Defendant United Debt Settlement, Cause number EP-20-CV-0235, on September 3, 2020.
7. Defendant United Debt Settlement was duly served this complaint on September 14, 2020.
8. From September 14, 2020 forward Defendants were on notice Plaintiff did not want their unsolicited robocalls and robotexts.
9. From September 23, 2020 to November 12, 2020 Defendants sent Plaintiff 14 robocalls and robotexts.
10. Each and every call and text message from September 23, 2020 to November 12, 2020 were knowing and willful Telephone Consumer Protection Act violations subject to treble damages.
11. From September 1, 2020 to September 11, 2020 Defendants called Plaintiff three times with phone calls that were not included in Cause number EP-20-CV-0235.
12. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against the Defendants United Debt Settlement and Marcel Bluvstein on January 6, 2021.
13. Upon information and belief, the amount due of $45,000 is justly due and owing and no part thereof has been paid except as herein set forth.
14. The disbursements set forth in this affidavit and sought to be taxed have been made in the action or will necessarily be made or incurred therein.

Dated January 4, 2021

Sworn to and subscribed before
Me this 06 day of January,
2021.

_____
Notary Public
My Commission Expires: 08/14/2024

Brandon Callier
Plaintiff, Pro-se



SALVADOR DE LA CRUZ
Notary ID #129083347
My Commission Expires
August 14, 2024

2