UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | EP-20-CV-0289 |
| UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and MARCEL BLUVSTEIN | § § § § | |
| Defendants. | § § | |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendants, United Debt Settlement, LLC and Marcel Bluvstein, were served with the Summons and Complaint in this action on or about December 10, 2020 and the time for Defendants to appear, answer or move against the Complaint has expired without an appearance by Defendants; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the Plaintiff, Brandon Callier, recover from the Defendants the sum of $45,000.00, the amount claimed, amounting in all to $45,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution therefore.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED THIS 12TH DAY OF JANUARY, 2021.