

CLERK, U.S. DISTRICT COU
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

7017 2620 0000 9967 6408

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery
Postage $
Total Postage and Fees $
Sent To  Brandon Callier
Street and Apt. No.  6336 Franklin Trail
City, State, ZIP+4  El Paso, TX 79912

EP 20 CV 289 #11

7017 2620 0000 9967 6408

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions