IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>　　Plaintiff,<br><br>v.<br><br>UNITED DEBT SETTLEMENT, LLC<br>and MARCEL BLUVSTEIN,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-20-CV-289-DB |

## FINAL JUDGMENT

On January 12, 2021, the Court issued an order granting a default judgement on all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this 15th day of **January 2021**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE