UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>     **Plaintiff,**<br><br>v.<br><br>UNITED DEBT SETTLEMENT, LLC a New York Limited Liability Company, and **MARCEL BLUVSTEIN**<br>     **Defendants.** | § § § § § § § § § § § § §   EP-20-CV-0289-DB |

FILED
2021 JUL 14 AM 10: 57
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY

### SATIFSACTION OF JUDGMENT

  Having Received the whole amount of Debt, Interest and Cost due upon the above stated judgment the Plaintiff above named and the legal holder thereof, do hereby order and direct you, the Clerk of said Court, to mark the same FULLY PAID AND SATISFIED upon the records thereof.

Dated: July 14, 2021,        Respectfully Submitted,

                  Brandon Callier
                  Plaintiff, Pro Se
                  6336 Franklin Trail Drive
                  El Paso, TX 79912
                  Callier74@gmail.com

1